# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **INITIAL APPEARANCE/ARRAIGNMENT** |
| v. | **AND PLEA MINUTES** |
| **KIMBERLY A TORRES** | CASE NUMBER **25-cr-32** |

| | |
|---|---|
| HONORABLE WILLIAM E. DUFFIN, presiding | Court Reporter: Liberty |
| Deputy Clerk: Alex V. | Hearing Began: 3:03 p.m. |
| Hearing Held: December 5, 2025, at 3:00 p.m. | Hearing Ended: 3:10 p.m. |

**Appearances:**

UNITED STATES OF AMERICA by: Katie Halopka-Ivery
Kimberly A Torres, in person, and by: Ramuel Figueroa      ☐ CJA  ☑ FDS  ☐ RET
U.S. PROBATION OFFICE by: Hannah Behnke
INTERPRETER: ☑ None   ☐ Sworn

☑ Original Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Misdemeanor   ☐ Felony

| | | | |
|---|---|---|---|
| Speedy Trial Date: | February 13, 2026 | District Judge: | Lynn Adelman |
| Plea Deadline: | | Bond Judge: | William E. Duffin |
| Final Pretrial Report | | Magistrate Judge: | William E. Duffin |
| Final Pretrial Conf.: | To be set | Motions Due: | To be set |
| Jury Trial Date: | To be set | Responses Due: | To be set |
| Trial Length Estimate: | 2-4 weeks | Replies Due: | To be set |

☐ Defendant consents to proceed via video
☑ Defendant advised of rights
☐ Court orders counsel appointed
☑ Defendant advised of charges, penalties, and fines
☑ Copy of indictment received by defendant
  ☐ Indictment read   ☐ defendant waives reading
☑ Not guilty plea entered by: ☑ defendant ☐ the court
☑ Expanded discovery policy applies (*See* Order below)
  Discovery available: Now

☑ Government to disclose grand jury materials one day prior to trial
☐ Oral Motion for Complex Designation
  ☐ Granted   ☐ Denied
  ☐ Referred to William E. Duffin
☐ Case designated complex
☑ Telephonic Counsel Only Scheduling Conference: **January 5, 2026, at 9:00 a.m.** before Magistrate Judge William E. Duffin

<u>Maximum Penalties:</u>
Count 1: mandatory minimum of 10 years to life imprisonment; $10,000,000 fine; at least 5 years to life of supervised release; $100 Special Assessment.
Count 10: 20 years of imprisonment; $1,000,000 fine; at least 3 years to life of supervised release; $100 Special Assessment.
Count 11: mandatory minimum of 5 years to life imprisonment, to be served consecutive to any other sentence imposed; $250,000 fine; at least 4 years to life of supervised release; $100 Special Assessment.
Count 12: mandatory minimum of 5 years to 40 years of imprisonment; $5,000,000 fine; at least 4 years to life of supervised release; $100 Special Assessment.

The government moved to unseal the indictment, which the Court granted.

Forfeiture notice by the government.

Government requested a 3-day hold. Defendant did not object.

The Court ordered temporary detention of the defendant and scheduled a detention hearing for December 9, 2025, at 10:00 a.m.

**IT IS HEREBY ORDERED** that as required by Federal Rule of Criminal Procedure 5(f), the court **ORDERS** that the government must produce all exculpatory information to the defendant(s) as required by *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny. Failure to comply with this order in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings